# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Jason Smith

                     Plaintiff,

v.                                               Case No.: 1:16−cv−10346

                                                            Honorable Rebecca R. Pallmeyer

Roselle LLA Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 24, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Joint motion for court approval of settlement and dismissal of complaint with prejudice [9] granted. Case is dismissed with prejudice pursuant to the parties' settlement agreement. Court retains jurisdiction. Status hearing set for 3/15/2017 stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.